AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00706 |
| SEREIKA SAVARIAU | ) Assigned To : Sullivan, Emmet G. |
|  | ) Assign. Date : 12/2/2021 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sereika Savariau
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 USC § 1349, 1343, 3293(2) - Conspiracy to Commit Wire Fraud Affecting a Financial Institution
18 USC § 1343, 3293(2) - Wire Fraud Affecting a Financial Institution
18 USC § 1028A - Aggravated Identity Theft

Date: 12/02/2021

*Issuing officer's signature*

Zia M. Faruqui

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/02/21, and the person was arrested on *(date)* 9/8/23
at *(city and state)* Washington, DC

Date: 9/8/23

*Arresting officer's signature*

Ryan Owens   OUSM
*Printed name and title*