

**EXTERNAL SENDER**

Hello, My name is ▮▮▮▮▮▮▮▮. I am Sereika's daughter.
 My mother is a significant figure in my life. She is the one who has birthed me, raised me. If anyone is to hold dear feelings or great feelings of love or companionship towards Sereika it would be me.
I am the only one as of now that she has. The situation of separation has put both our lives in shambles, and I have especially tooken a great hit from it. The devastation and desperation that I have felt from losing her, the separation... It was immeasurable, the things we have gone through has been so terrifyingly horrible I'd wish it upon no one. My mother has always gone to great extents past her own feelings to ensure that I was fed, clothed and sheltered.

I remember the abundance of kisses she would give me that while she may or may not know especially right now, that I deeply appreciate. Those are the memories that I treasure, the hugs, the laughter, the unlimited goofyness that I would display as a child. The random nonsensical conversations that were held with pure love  innocence and joy. The foods I'd provide her with after I was finally old enough to cook, with smiley faces on bread etc. While it may sound ingenune, it is not in the slightest of ways, I was asked to give a peice on experiences we've had. These are the best of the days that we've had. Life is harsh. These are the memories I reminesce on.
She has always ensured I had all the necessities that a human being needs to survive, the love was not limited either.

The small little island that we lived on while beautiful, is not for the weak. She is a woman with justifying values, she always tries to keep the family together, and support and provide for me as her daughter. She is strong and intelligent, she is my mother.