Honorable Judge Amit P Mehta
District of Columbia
625 Indiana Ave N W
Washington DC 20004

Dear Judge Mehta
My name is Maureen Waller, a Patient Service Rep and I work for a Nationwide laboratory. I run a patient service center. I work with the public daily, ensuring that our patients receive the best possible care. I take pride in being on time every day and am known for my caring, compassionate, and kind nature.

I am writing to provide a character reference for Sereika Savariau. I have known Sereika all her life and can attest to her good character, reliability, and responsibility.

Sereika has always been a person of integrity, known for her good reputation within our community. She is someone who consistently puts others before herself, showing kindness and generosity in many ways. Whether it was through volunteering, helping neighbors in need, or simply offering a listening ear, Sereika has made a positive impact on many lives.

In my personal experiences with Sereika, she has proven to be trustworthy and dependable. On multiple occasions, I have loaned her money, and she always repaid me promptly. She has stayed at my house, and I trusted her completely. During her stay, she was respectful and did not breach my peace in any way. Sereika is a law-abiding citizen who has always conducted herself with honor and respect.

Her actions have always demonstrated a deep sense of empathy and compassion.   Sereika profound sense of empathy distinguishes her as a unique and compassionate
individual.  Sereika life has been marked by a deep and sincere understanding of others feedings and perspectives.  This trait has been evident since she was at a young age, where she was often the peacemaker among friends and the confidant for those in
distress,  Her  connect with others on an emotional level is both genuine and impactful.

Despite her current circumstances, I firmly believe that Sereika's good character remains unchanged. She has expressed genuine remorse for her actions and is committed to making amends. I am confident that, given the opportunity, she will continue to contribute positively to society and work towards a better future for herself and those around her.

I respectfully ask that you consider Sereika's good character and the positive contributions she has made when making   your decision.   I believe that she has the potential to be a valuable member of society once again.

Thank you for your time and consideration.

Sincerely,

Maureen O Waller